**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 13-077** |
| **JOSE ALFREDO RUVALCABA-CORNEJO** | : | |

**ORDER**

AND NOW, this 3rd day of April, 2023, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that Indictment No. 13-077 is dismissed without prejudice.

**BY THE COURT:**

**JOHN R. PADOVA**
***Senior Judge, United States District Court***